UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

David Hagar

      v.                                        Case No. 05-cv-344-SM

State of Maine, et al.

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated November 1, 2005, for the reasons set forth therein. Plaintiff's Petition for Writ of Habeas Corpus is hereby dismissed without prejudice for lack of subject matter jurisdiction.

SO ORDERED.

December 22, 2005

_____
Steven J. McAuliffe
Chief Judge

cc:     David A. Hagar, pro se